THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACY JO FADEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. C12-6061-JCC<br><br>ORDER AFFIRMING COMMISSIONER |

　　　This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, U.S. Magistrate Judge (Dkt. No. 14). Having thoroughly considered Plaintiff's complaint, the parties' briefs, the Report and Recommendation (to which no objections have been filed), and the balance of the record, the Court hereby ADOPTS the Report and Recommendation, AFFIRMS the decision of the Commissioner, and DISMISSES this case with prejudice. The Court respectfully DIRECTS the Clerk to send copies of this order to the parties and to Judge Tsuchida.

//

//

//

//

1     DATED this 22nd day of May 2013.

```
                                        John C. Coughenour
                                        UNITED STATES DISTRICT JUDGE
```

ORDER AFFIRMING COMMISSIONER
PAGE - 2